Order of the Court to Continue Supervision

## UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

UNITED STATES OF AMERICA

      v.

HILL, JR., Vincent Samuel                  Crim. No.:  15-CR-20298-01

On 01/25/2018 the Court authorized the issuance of a supervised release summons based upon a violation petition citing a violation of supervision.  The issue of the violation was heard in Court on 04/02/2018, and the Court made the following finding:

  X   No finding of guilt was made.  The hearing was adjourned until May 2, 2018, at 9:30 a.m.  The following special condition of supervision is added:

     The defendant shall not have direct or indirect contact with Sherion Brown.

                                        Respectfully submitted,

                                        s/Mark Birkholz
                                        United States Probation Officer

## ORDER OF THE COURT

     Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued.  All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

     Dated this 4th Day of April, 2018.

                                          s/Matthew F. Leitman
                                          Matthew F. Leitman
                                          United States District Judge