UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

                                  Case No. 15-cr-20298
v.                                Hon. Matthew F. Leitman

VINCENT SAMUEL HILL, JR.,

     Defendant.

_____/

## <u>ORDER DENYING DEFENDANT'S MOTION REQUESTING A SENTENCE MODIFICATION (ECF No. 22) WITHOUT PREJUDICE</u>

On February 10, 2023, Defendant Vincent Samuel Hill, Jr. filed a Motion Requesting a Sentence Modification. (*See* Mot., ECF No. 22.)  In that motion, Hill asks the Court to grant him compassionate release under 18 U.S.C. § 3582(c). (*See id.*, PageID.76.)  Section 3582(c) requires incarcerated litigants to either (1) "fully exhaust  [ ] all administrative rights;" or (2) submit a request for early release to the warden of their facility and wait 30 days before they may file a motion for compassionate release. 18 U.S.C. § 3582(c)(1)(A).  This exhaustion requirement is mandatory, and a defendant's failure to satisfy one of these prerequisites requires the Court to dismiss his motion for compassionate release without prejudice. *See United States v. Alam*, 960 F.3d 831, 836 (6th Cir. 2020).

1

There is no indication in this record that Hill has either exhausted his administrative remedies or submitted a request for early release to the warden of his facility.   Accordingly, Defendant's Motion Requesting a Sentence Modification (ECF No. 22) is **DENIED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  March 20, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 20, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126